CAUSE NO. C-7172-14-J

| | | |
|---|---|---|
| SOUTH TEXAS HEALTH SYSTEM, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | HIDALGO COUNTY, TEXAS |
| CARE IMPROVEMENT PLUS OF TEXAS INSURANCE COMPANY, | § § § | |
| Defendant. | § | 430TH JUDICIAL DISTRICT |

## NOTICE OF FILING OF REMOVAL

TO: Plaintiff, by and through its attorney of record, Mason C. Meyer, Sullins Johnston Rohrbach & Magers, 3200 Southwest Freeway, Suite 2200, Houston, TX 77027, and Austin Tighe AP Tighe, P.C., 6618 Sitio Del Rio Blvd., C-101, Austin, TX 78730.

PLEASE TAKE NOTICE that on October 24, 2014, a Notice of Removal in this cause from District Court for the 430th Judicial District Court of Hidalgo County, Texas was filed in the United States District Court for the Southern District of Texas, McAllen Division, a copy of which is served herewith and attached hereto.

Dated: October 24, 2014               Respectfully submitted,


                                      By: s/ Raymond E. Walker
                                          Andrew G. Jubinsky
                                          Texas Bar No. 11043000
                                          andy.jubinsky@figdav.com
                                          Raymond E. Walker
                                          Texas Bar No. 24037663
                                          ray.walker@figdav.com

                                      **FIGARI & DAVENPORT, L.L.P.**
                                      901 Main Street
                                      Suite 3400
                                      Dallas, Texas  75202
                                      Telephone: (214) 939-2000
                                      Facsimile: (214) 939-2090

                                      ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on October 24, 2014.

| | |
|---|---|
| Mason Meyer | Austin Tighe |
| mmeyer@sjrm.com | austin@feazell-tighe.com |
| Sullins Johnston Rohrbach & Magers | AP Tighe, P.C. |
| 3200 Southwest Freeway, Suite 2200 | 6618 Sitio Del Rio Blvd., C-101 |
| Houston, Texas 77027 | Austin, Texas 78730 |

                                          s/ Raymond E. Walker
                                          Raymond E. Walker