Exhibit B
(placeholder)

Filed Under Seal